**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-4214

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DEQUAN TYRIE PAYTON,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:24-cr-00029-MR-WCM-1)

Submitted:  July 20, 2026                           Decided:  August 12, 2026

Before KING, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**   Mekka Jeffers-Nelson, LAW OFFICE OF MEKKA JEFFERS-NELSON, Charlotte, North Carolina, for Appellant.  Russ Ferguson, United States Attorney, Anthony J. Enright, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dequan Tyrie Payton appeals the sentence imposed following a guilty plea to distribution of methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgement and sentence. *United States v. Peyton*, No. 1:24-CR-29-MR-WCM-1 (W.D.N.C. Apr. 3, 2025).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*.
